# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>ZELMA J SUAREZ CASTILLO<br><br>DEBTOR(S) | CASE NO. 14-05619-EAG<br><br>CHAPTER: 13 |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, holder of a secured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle TOYOT YARIS 2011 registered under number 3978051, executed by debtor(s) on MAY 14, 2011.

2. Debtor's(s') Chapter 13 Plan was confirmed on DECEMBER 2, 2014. Said plan calls for $550.00 X 11, $750.00 X 12, $950.00 X 12, $1,150.00 X 12, $1,325.00 X 13 each. Movant is proposed to be paid 100% of its claim through the Chapter 13 Trustee's Office (Trustee).

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has(have) only paid **$4,401.32**, out of **$6,800.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter 13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has(have)defaulted on the payments to the Chapter 13 Trustee.

**NOTICE TO ALL PARTIES** is herein given to the effect that if no opposition is filed within **THIRTY (30) DAYS** from this notice, the Court may enter an Order dismissing the case without further hearing.

### CERTIFICATE OF MAILING

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS**, Trustee and **CARLOS TEISSONNIERE RODRIGUEZ,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **ZELMA J SUAREZ CASTILLO**, **URB GLENVIEW GARDENS N 18 Y2 PONCE, PR 00730** and all non CM/ECF participants interested parties to their address of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 14th day of JULY, 2015.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
**Attorney for Movant**
**PO BOX 21382**
**SAN JUAN, PR 00928-1382**
**TEL. 787-625-6645 FAX: 787-625-4891**
cperezp@reliablefinancial.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

ZELMA J SUAREZ CASTILLO

CASE NO. 14-05619-EAG

CHAPTER 13

DEBTOR(S)

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, **RELIABLE FINANCIAL SERVICES,INC.**, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **Yahsari Mejias Rodriguez**, **Administrative Secretary** for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 08 day of JULY, 2015.

**/S/Yahsari Mejias Rodriguez**
**Administrative Secretary**
P. O. Box 21382
San Juan, PR 00928-1382
Tel: (787)625-8014 Fax: (787)625-4891
ymejiasro@reliablefinancial.com

QURMTDNOMI_10G.RDF
v 20111005



Department of Defense Manpower Data Center
Results as of : Jul-08-2015 09:06:21 AM
SCRA 3.0

## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **SUAREZ**

First Name: **ZELMA**

Middle Name:

Active Duty Status As Of: **Jul-08-2015**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: 892A2EF811CCY10

Case:14-05619-EAG13  Doc#:45  Filed:07/14/15  Entered:07/14/15 14:51:03  Desc: Main
Document  Page 5 of 7

```
Label Matrix for local noticing         JETSTREAM FEDERAL CREDIT UNION        RELIABLE FINANCIAL SERVICES
0104-2                                  PO BOX 5487                           PO BOX 21382
Case 14-05619-EAG13                     MIAMI LAKES, FL 33014-1487            SAN JUAN, PR 00928-1382
District of Puerto Rico
Ponce
Wed Jul  8 12:04:52 AST 2015

US Bankruptcy Court District of PR      AMERICAN EAGLE                        American InfoSource LP as agent for
Jose V Toledo Fed Bldg & US Courthouse  P.O. BOX 965005                       Midland Funding LLC
300 Recinto Sur Street, Room 109        ORLANDO, FL  32896-5055               PO Box 268941
San Juan, PR 00901-1964                                                       Oklahoma City, OK  73126-8941


BANCO POPULAR                           BANCO POPULAR DE PUERTO RICO          (p)BANK OF AMERICA
P.O. BOX 362708                         BANKRUPTCY DEPARTMENT                 PO BOX 982238
SAN JUAN, PR  00936-2708                PO BOX 366818                         EL PASO TX 79998-2238
                                        SAN JUAN PR 00936-6818


Cavalry Investments, LLC                EASTERN AMERICA INSURANCE CO          FIRST BANK
500 Summit Lake Drive, Ste 400          PO BOX 9023862                        CONSUMER SERVICE  CENTER
Valhalla, NY 10595-1340                 SAN JUAN, PR  00902-3862              BANKRUPTCY DIVISION- (CODE 248)
                                                                              PO BOX 9146, SAN JUAN, PR 00908-0146


FIRST BANK                              (p)CITIBANK                           ISLAND FINANCE
P.O. BOX 13187                          PO BOX 790034                         P.O. BOX 71504
SAN JUAN, PR 00908-3187                 ST LOUIS MO 63179-0034                SAN JUAN, PR 00936-8604


JC PENNEY                               JETSTREAM FEDERAL                     JETSTREAM FEDERAL CREDIT UNION
P.O. BOX 960090                         P.O. BOX 810048 AMF STATION           JETSTREAM FCU
ORLANDO, FL  32896-0090                 CAROLINA, PR 00981-0048               PO BOX 5487
                                                                              MIAMI LAKES  FL 33014-1487


MONEY EXPRESS                           MONEY EXPRESS                         PEP BOYS
CONSUMER SERVICE CENTER                 P.O. BOX 9146                         P.O BOX 965036
BANKRUPTCY DIVISION-(CODE 248)          SAN JUAN, PR  00908-0146              ORLANDO, FL  32896-5036
PO BOX 9146, SAN JUAN, PR. 00908-0146


R US CREDIT CARD                        SANTANDER FINANCIAL D/B/A ISLAND FINANCE   SEARS
P.O. BOX 530939                         PO BOX 195369                              P.O. BOX 183081
ATLANTA, GA  30353-0939                 SAN JUAN PR 00919-5369                     COLUMBUS, OH 43218-3081


Synchrony Bank                          US DEPARTMENT OF EDUCATION            ALEJANDRO OLIVERAS RIVERA
c/o Recovery Management Systems Corp    P.O. BOX 5609                         ALEJANDRO OLIVERAS CHAPTER 13 TRUS
25 SE 2nd Ave Suite 1120                GREENVILLE, TX  75403-5609            PO BOX 9024062
Miami FL 33131-1605                                                           SAN JUAN, PR 00902-4062


CARLOS  JUAN TEISSONNIERE RODRIGUEZ     MONSITA LECAROZ ARRIBAS               ZELMA JULIA SUAREZ CASTILLO
URB BUENA VISTA                         OFFICE OF THE US TRUSTEE (UST)        URB GLENVIEW GARDENS N 18 Y2
BONITA 1316                             OCHOA BUILDING                        PONCE, PR 00730
PONCE, PR 00717-2509                    500 TANCA STREET  SUITE 301
                                        SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
P.O. BOX 982235
EL PASO, TX 79998

HOME DEPOT
P.O. BOX 182676
COLUMBUS, OH 43218-2676

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29